# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| KARMEN DRESSER, | Civil No. 10-0139 (JRT/JSM) |
| Plaintiff, | |
| v. | |
| JP MORGAN CHASE BANK, NA, BANK OF AMERICA, STRUCTURED ASSET INVESTMENT LOAN TRUST (SAIL) 2004-8, AND MICHAEL T. OBERLE, | **ORDER FOR DISMISSAL** |
| Defendants. | |

___

Carl Christensen, **CHRISTENSEN LAW OFFICE, PLLC,** 1422 West Lake Street, Suite 216, Minneapolis, MN 55408, for plaintiff.

Calvin Hoffman, Monica Davies, Adam Maier, and Timothy Kelly, **LEONARD STREET AND DEINARD, PA,** 150 South Fifth Street, Suite 2300, Minneapolis, MN 55402, for defendants.

This matter is before the Court on the stipulation of dismissal filed by the parties on September 21, 2010 [Docket No. 14].

**IT IS HEREBY ORDERED** that the above-captioned matter be **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: September 22, 2010
at Minneapolis, Minnesota.

                                                    s/ John R. Tunheim
                                                    JOHN R. TUNHEIM
                                              United States District Judge